United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SHARPE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STONELEDGE FURNITURE, LLC,<br><br>　　　　Defendant. | Case No. 21-cv-00327-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 10 |

The Court Ordered the parties to file a joint status report by no later than December 10, 2021, to advise the Court regarding the status of the pending arbitration proceedings. The parties failed to do so. Therefore, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than December 28, 2021 why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by December 28, 2021, the Court will dismiss this action without any further notice.

The Court FURTHER ORDERS counsel for both Plaintiff and Defendant to Show Cause in writing by no later than December 28, 2021 why they should not be personally sanctioned in the amount of $500 each for failing to comply with the Court's Order.

**IT IS SO ORDERED**.

Dated: December 13, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　United States Magistrate Judge