United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SHARPE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STONELEDGE FURNITURE, LLC,<br><br>　　　　Defendant. | Case No. 21-cv-00327-SK<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 14 |

The Court Ordered the parties to file a joint status report by no later than December 10, 2021, to advise the Court regarding the status of the pending arbitration proceedings. When the parties failed to do so, the Court issued an Order to Show Cause ("OSC"). The Court discharged the OSC but ordered the parties to file a further status report advising of the status of the arbitration proceedings by no later than August 31, 2022. *Again*, the parties failed to file the required status report by the Court's deadline. Therefore, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than October 11, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by October 11, 2022, the Court will dismiss this action without any further notice.

The Court FURTHER ORDERS counsel for both Plaintiff and Defendant to Show Cause in writing by no later than October 11, 2022, why they should not be personally sanctioned in the amount of $1000 each for failing to comply with the Court's Order.

**IT IS SO ORDERED**.

Dated: September 30, 2022

_____
SALLIE KIM
United States Magistrate Judge